

**IN THE
TENTH COURT OF APPEALS**

No. 10-20-00328-CV

**IN RE JEREMY SHANE MORLEY**

**Original Proceeding**

**From the 12th District Court
Walker County, Texas
Trial Court No. D1815048**

## MEMORANDUM OPINION

On December 15, 2020, relator, Jeremy Shane Morley, filed a petition for writ of mandamus in this Court seeking to compel the respondent, the Honorable Donald Kraemer, former Judge of the 12th District Court in Walker County, Texas, to render judgment in this divorce proceeding and suit for partition before the respondent retired from public office. On December 17, 2020, we requested a response to relator's mandamus petition. We did not receive a response.

However, through an informal inquiry with Walker County District Clerk's Office, we have learned that the respondent ruled in this divorce proceeding and suit for partition on December 31, 2020, respondent's last day as judge of the 12th District Court. Because the trial court has now granted all of the relief requested by relator, a justiciable controversy no longer exists. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (stating that for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolves by the judicial relief sought); *see also Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (noting that the court will not issue mandamus relief if it would be useless or unavailing). Accordingly, we dismiss relator's petition for writ of mandamus as moot.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Neill,
    and Justice Johnson
Dismissed
Opinion delivered and filed February 3, 2021
[OT06]

